

UNITED S
OFFI
JOHN JOSEPH
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NIXIE DELIVERABLE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
808 SE 1
7212/21/24

Brian Langhammer
224 Annie Rd. C
Silverthorne CO 80497

FILED
CLERK'S OFFICE
DEC 30 PM 3:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

USMS SCREENED

NEOPOST
12/10/2024
US POSTAGE

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Brian Langhammer, pro se | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-12291-JEK |
| Town of Tisbury, et al | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Keeper of Records, Cape & Island Districty Attorney's Office, 3231 Main Street, Barnstable, MA 02630

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Brian Langhammer<br>224 Annie Rd. C<br>Silverthorne, CO 80497 | Date and Time:<br>December 16, 2024 at Noon |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 10, 2024

CLERK OF COURT

_____   OR   _____
Signature of Clerk or Deputy Clerk                     Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Brian Langhammer, pro se_____, who issues or requests this subpoena, are:
Brian Langhammer PO Box 25372 Silverthorne, CO 80497 MVMACTECH@GMAIL.COM (508) 499-9660

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

RE: Brian Langhammer

Please forward a certified, true, accurate, complete, and unredacted copy of any and all records, reports, audios, videos, etc. to any and all proceedings, including arrest records, arrest warrants, search warrants, evidence used in the decision to prosecute, communications or policies related to the arrest, prosecution, and/or investigation in which Brian Langhammer, dob 1/14/67, was arrested, named a defendant, or investigated from 2015 to the present date.