UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

V.

TOWN OF TISBURY, ET AL.,

    Defendants

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' FIRST SET OF INTERROGATORIES AND MOTION TO STRIKE DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the Defendants and hereby oppose Plaintiff's Motion to Strike Defendants' First Set of Interrogatories and First Request for Production of Documents.

As grounds therefore, while the original scheduling order of April, 2024 called for requests for production of documents and interrogatories to be served by August 31, 2024. Thereafter, on October 19, 2024, there was an extension by the Court to complete depositions by February 13, 2025. Defendants mistakenly believed that written discovery requests had also been extended to the same February 13, 2025 deadline as well, and unfortunately did not send interrogatories or requests for production of documents to the Plaintiff until December 4, 2024.

Defendants request that despite the tardiness in serving the discovery to the Plaintiff, they be allowed to do same as there is no prejudice to the Plaintiff. Defendants are willing to allow extra time to the Plaintiff to complete the responses should that be necessary.

WHEREFORE, the Defendants request that Plaintiff's Motion to Strike Defendants' Interrogatories and Requests for Production of Documents be denied.

Respectfully submitted,
DEFENDANTS,

TOWN OF TISBURY, JEFF DAY,
CHARLES DUQUETTE, SCOTT OGDEN AND MAX SHERMAN,

By its attorney:

/s/*Stephen C. Pfaff*

_____
Stephen C. Pfaff (BBO# 553057)
spfaff@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA  02109
617-439-0305
FAX: 617-439-0325

Date:  January 8, 2025

**CERTIFICATE OF SERVICE**

I, Stephen C. Pfaff, hereby certify that on January 8, 2025, a true copy of the above document was served upon:

Brian Langhammer, pro se
PO Box 1680
Fairplay, CO 80440
(508)499-9660
MVMACTECH@GMAIL.COM

/s/*Stephen C. Pfaff*
_____
Stephen C. Pfaff