IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO [sic]

Civil Action No. 1:23-cv-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff, pro se,

V.

TOWN OF TISBURY, JEFF DAY,
DETECTIVE CHARLES DUQUETTE,
OFFICER SCOTT OGDEN, AND
SERGEANT MAX SHERMAN,

    Defendants.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUBPOENA FOR TELEPHONE RECORDS

NOW COME the Defendants, Town of Tisbury, Jeff Day, Charles Duquette, Scott Ogden and Max Sherman and state that on January 13, 2025, counsel for the Defendants conferred by phone with *pro se* Plaintiff pursuant to the Local Rules of the United States District Court for the District of Massachusetts Rule 7.1(a)(2) in an attempt to narrow the issues for presentation to the Court in the Defendants' Motion to Strike Plaintiff's Subpoena for Telephone Records. The parties were unable to narrow the issues.

Respectfully submitted,
DEFENDANTS,

TOWN OF TISBURY, JEFF DAY,
CHARLES DUQUETTE, SCOTT OGDEN AND
MAX SHERMAN,

By its attorney:

/s/*Stephen C. Pfaff*

_____
Stephen C. Pfaff (BBO# 553057)
spfaff@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA  02109
617-439-0305
FAX: 617-439-0325

Date:  <u>January 13, 2025</u>

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day I caused a true copy of the above document to be served upon the following:

Brian Langhammer
PO Box 25372
Silverthorne, Summit County, CO 80497
508-499-9660
MVMACTECH@GMAIL.COM

Dated:  January 13, 2025

/s/*Stephen C. Pfaff*

_____
Stephen C. Pfaff