UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

V.

TOWN OF TISBURY, ET AL.,

    Defendants

**[PROPOSED] ORDER**

The terms of the Confidentiality Agreement attached hereto shall be complied with by all parties including the *pro se* Plaintiff.

_____

Dated: _____  , Justice