UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

V.

TOWN OF TISBURY, ET AL.,

    Defendants

## ORDER

The terms of the Confidentiality Agreement attached hereto shall be complied with by all parties including the *pro se* Plaintiff.

Dated: April 1, 2025

Julia E. Kobick, United States District Judge