UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

v.

TOWN OF TISBURY, ET AL.,

    Defendants

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE BY ONE MONTH

Now come the parties and hereby move this Honorable Court to extend the time for the completion of fact discovery from May 23, 2025 to June 23, 2025.

As grounds therefore, the parties state that they have been cooperating with discovery. However, the deposition of defendant Charles Duquette was scheduled for March 31, 2025, but had to be postponed until April 15, 2025, due to a family emergency. Similarly, today's deposition of Duquette was postponed because of another family medical emergency regarding the Defendant's family.

In order to complete deposition discovery, the parties are jointly requesting that the deadline for completion of fact discovery be continued one month from May 23, 2025, until June 23, 2025. This one-month continuance will not interfere with the remaining deadlines for expert discovery and the filing of dispositive motions.

Wherefore, the parties respectfully request the court grant the Joint Motion to Extend Fact Discovery by One Month.

|  |  |
|---|---|
| PLAINTIFF, pro se | Respectfully submitted, |
| BRIAN LANGHAMMER, | DEFENDANTS, |
|  | TOWN OF TISBURY, JEFF DAY, CHARLES DUQUETTE, SCOTT OGDEN AND MAX SHERMAN, |
|  | By its attorney: |
| /s/ Brian Langhammer | /s/*Stephen C. Pfaff* |
| Brian Langhammer, pro se | Stephen C. Pfaff (BBO# 553057) |
| PO Box 25372 | spfaff@lccplaw.com |
| Silverthorne, CO 80497 | Louison, Costello, Condon & Pfaff, LLP |
| (508)499-9660 | Ten Post Office Square, Suite 1330 |
| MVMACTECH@GMAIL.COM | Boston, MA  02109 |
|  | 617-439-0305 |
|  | FAX: 617-439-0325 |

Date:  April 16, 2025

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on April 22, 2025, a true copy of the above document was served upon:

Brian Langhammer, pro se
PO Box 1680
Fairplay, CO 80440
(508)499-9660
MVMACTECH@GMAIL.COM

/s/*Stephen C. Pfaff*

Stephen C. Pfaff