UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

V.

TOWN OF TISBURY, ET AL.,

    Defendants

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the Defendants, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that counsel for the Defendants, Town of Tisbury, Jeff Day, Charles Duquette, Scott Ogden and Max Sherman conferred with *pro se* Plaintiff via email on or about April 22, 2025 with regard to *Defendants' Motion To Compel Plaintiff's Signature for Release of Certified Medical and/or Hospital Records*. Plaintiff refuses to sign *Authorizations to Release Medical and/or Hospital Records* which are necessary to the defense of this case without a Court Order.

    Respectfully submitted,
    DEFENDANTS,
    TOWN OF TISBURY, JEFF DAY,
    CHARLES DUQUETTE, SCOTT OGDEN AND MAX SHERMAN,

    By its attorney:

    /s/*Stephen C. Pfaff*
    _____
    Stephen C. Pfaff (BBO# 553057)
    spfaff@lccplaw.com
    Louison, Costello, Condon & Pfaff, LLP
    Ten Post Office Square, Suite 1330
    Boston, MA  02109
    617-439-0305
Date:  April 29, 2025    FAX: 617-439-0325

**CERTIFICATE OF SERVICE**

      I, Stephen C. Pfaff, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants via e-mail or first-class mail, postage prepaid, on the 29th of April, 2025.

Brian Langhammer, pro se
PO Box 1680
Fairplay, CO 80440
(508)499-9660
MVMACTECH@GMAIL.COM

/s/*Stephen C. Pfaff*

Stephen C. Pfaff