UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Brian Langhammer, pro se ) | Case No. 1:23-cv-12291-JEK |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S FIFTH MOTION TO EXTEND** |
| vs. ) | **DISCOVERY DEADLINE BY ONE MONTH** |
| ) | |
| Town of Tisbury, et al ) | Date: September 12, 2025 |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FIFTH MOTION TO EXTEND
DISCOVERY DEADLINE BY ONE MONTH**

Now comes the Plaintiff, Brian Langhammer, pro se, and hereby respectfully moves this Honorable Court to extend the time for the completion of fact discovery from September 23, 2025 to October 23, 2025.

The original deadline date was January 23, 2025, as per the Court's Scheduling Order (ECF 27), entered April 23, 2024. .

On October 16, 2024, pro se Plaintiff filed a Motion for Extension of Time (ECF 31) for completion of depositions, which was granted by the Court on October 18, 2024 (ECF 32), extending the deadline for completion of depositions to February 13, 2025 .

On January 8, 2025, following a status conference of the parties before the Court, the Court ordered an extension of the deadline for Fact Discovery (ECF 44) to March 24, 2025.

On February 13, 2025, the Court entered an Order (ECF 71) that, among other things, extended the deadline for Fact Discovery to May 23, 2025.

On April 22, 2025, the parties filed a joint Motion (ECF 90) to extend the discovery deadline to June 23, 2025, which was granted by the Court that day (ECF 91).

On June 17, 2025, pro se Plaintiff filed a Motion to extend the discovery deadline to July 23, 2025 (ECF 99). This Motion was granted on that day. (ECF 106).

On July 17, 2025, pro se Plaintiff filed a Third Motion to extend the discovery deadline to August 23, 2025 (ECF 105). This Motion was granted on June 18, 2025 (ECF 100).

On August 15, 2025, pro se Plaintiff filed a Fourth Motion to extend the discovery deadline to September 23, 2025 (ECF 114). This Motion was granted on August 20, 2025 (ECF 117).

As grounds therefore, the pro se Plaintiff states that the parties have been conferring regarding discovery. (Exhibit A)

However, pro se Plaintiff's' Motions, affecting remaining discovery moving forward, await adjudication from the Court. Pro se Plaintiff still awaits Defendants' full compliance with the

Court's Order off January 24, 2025 (ECF 58) compelling Defendants' submission of requested discovery, and has moved the Court to issue an Order expediting Defendants' compelled submission, among other relief sought, in a Motion for Sanctions with Integrated Memorandum of Law (ECF 112), filed August 13, 2025.

In order to complete discovery, pro se Plaintiff is requesting that the deadline for completion of fact discovery be continued one month from September 23, 2025 to October 23, 2025.

This one-month continuance will not interfere with the remaining deadlines for expert discovery and the filing of dispositive motions.

Wherefore, pro se Plaintiff respectfully request the Court grant the Plaintiff's Motion to Extend Fact Discovery by One Month.

Respectfully Submitted,

_____

*/s/Brian Langhammer*
Brian Langhammer,
Plaintiff, pro se
PO Box 25372
Silverthorne, CO 80497
(508) 499-9660
MVMACTECH@GMAIL.COM

Dated: September 12, 2025

**CERTIFICATE OF SERVICE**

I, Plaintiff Brian Langhammer, pro se, hereby certifies that on September 12, 2025, a true copy of the above document was served upon:

Stephen C. Pfaff, Esq.
spfaff@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Defense Counsel for Defendants:
Town of Tisbury
Jeff Day
Charles Duquette
Scott Ogden
Sergeant Max Sherman

Date: September 12, 2025

_____

*/s/Brian Langhammer*
Brian Langhammer, Plaintiff pro se
PO Box 25372
Silverthorne, CO 80497
(508)499-9660
MVMACTECH@GMAIL.COM