# **EXHIBIT A**



**Brian L <mvmactech@gmail.com>**

---

**Deadline Extension**
3 messages

---

**Brian L** <mvmactech@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　Tue, Sep 9, 2025 at 4:58 PM
To: Stephen Pfaff <spfaff@lccplaw.com>

Hi Steve-

As you know, still waiting on Her Honor to adjudicate a lil stack of motions already filed.

Discovery deadline getting close, 2 weeks from now.

I feel I must file a motion for a deadline extension.

-Brian Langhammer
Plaintiff, pro se
1:2023cv12291-JEK


(508) 499-9660
Apple Certified Mac Technician

---

**Stephen Pfaff** <spfaff@lccplaw.com>　　　　　　　　　　　　　　　　　　　　　Wed, Sep 10, 2025 at 8:17 PM
To: Brian L <mvmactech@gmail.com>

Let me ask the clerk to see if she can move things along, ok?

[Quoted text hidden]

---

**Brian L** <mvmactech@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　Wed, Sep 10, 2025 at 8:46 PM
To: Stephen Pfaff <spfaff@lccplaw.com>

Go ahead if you want, but i wouldn't personally presume to burden Ms. Currie.

Deadline 12 days from tomorrow, & if the Court grants leave to 2nd depo Duquette & Ogden, notices, logistics, prep, etc.

Definitely want to file that motion for extension.

-BL


(508) 499-9660
Apple Certified Mac Technician

[Quoted text hidden]