UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12291-JEK

BRIAN LANGHAMMER,

    Plaintiff

v.

TOWN OF TISBURY, ET AL.,

    Defendants

### DEFENDANTS' SECOND *EMERGENCY* MOTION TO EXTEND THE DEADLINES REFERENCED IN JUDGE KOBICK'S ORDER OF NOVEMBER 10, 2025 [DOCUMENT NO. 142]

Now come the Defendants and hereby move this Honorable Court to extend the deadlines within Judge Kobick's Order dated November 10, 2025 (Document No. 142) for materials to be produced until the following new dates: December 15, 2025 for the production of materials, as well as the time for filing an affidavit with the Court explaining the search process and search terms used to December 17, 2025.  The Court first extended the original deadlines by two weeks in its Order of November 20, 2025 (Docket entry 144), but due to unforeseen complications as expressed below and in the attached Affidavit of Brian Athearn, Defendants request this additional minor extension. [1]

As grounds therefore, on or about November 20, 2025, the Town hired Brian Athearn ("Mr. Athearn") of MV Tech, Incorporated, ("MV Tech") to perform a search on the Town of Tisbury's database for email communications between the Plaintiff, Brian Langhammer, and the Defendants  (*see Affidavit of Brian Athearn*).  The Town of Tisbury has hired Mr. Athearn on

---

[1] Fact Discovery in the instant matter must be completed by December 23, 2025.

1

many occasions, and his company has provided computer and IT services to them multiple times. *Id.*

As part of his probe to retrieve these email communications, Mr. Athearn needed to determine what systems were employed by the Town of Tisbury's database so that he could retrieve the requested information if, in fact, any existed. *Id*. As he probed into the systems operations retrieval process employed by the Town of Tisbury for storage and collection of email communications, Mr. Athearn realized that the Town did not have any informational backup systems such as E Discovery, Purview, or Entra Systems that would allow him to retrieve any of the potential email communications. *Id*. Mr. Athearn has tried to work through this but has determined that MV Tech's capabilities will not allow them to retrieve any of the potential email communications. *Id*.

Therefore, MV Tech has contracted with an Office 365 computer expert, who hopefully may be able to provide assistance with the hope of retrieving the information requested. Mr. Athearn is meeting with that individual on Wednesday, December 3, 2025, and with their combined expertise is hopeful that he will be able to retrieve any and all email communications between the parties in compliance with the Court's Order.

Accordingly, additional time is needed to search for any potential email communications and Defendants request an extension until December 15, 2025 and December 17, 2025, respectfully, to comply with the Court's Order of November 10. 2025.

Wherefore, the Defendants move this Honorable Court to allow *Defendant's Second Emergency Motion to Extend the Deadlines Referenced in Judge Kobick's Order of November 10, 2025 [Document No. 142]*.

Respectfully submitted,
DEFENDANTS,

TOWN OF TISBURY, JEFF DAY,
CHARLES DUQUETTE, SCOTT OGDEN AND
MAX SHERMAN,

By its attorney:

/s/*Stephen C. Pfaff*

_____
Stephen C. Pfaff (BBO# 553057)
spfaff@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA  02109
617-439-0305
FAX: 617-439-0325

Date:  December 1, 2025

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now comes the Defendants, Town of Tisbury, Jeff Day, Charles Duquette, Scott Ogden and Max Sherman, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that counsel for the Defendants, Stephen C. Pfaff, conferred with *pro se* Plaintiff on December 1, 2025 and the parties could not narrow the issues as he would not assent to *Defendant's Second Emergency Motion to Extend the Deadlines Referenced in Judge Kobick's Order of November 10, 2025 [Document No. 142]*.

/s/*Stephen C. Pfaff*
_____
Stephen C. Pfaff

## **CERTIFICATE OF SERVICE**

      I, Stephen C. Pfaff, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants via e-mail or first-class mail, postage prepaid, on the 1st of December, 2025.

Brian Langhammer, pro se
PO Box 1680
Fairplay, CO 80440
(508)499-9660
MVMACTECH@GMAIL.COM

/s/*Stephen C. Pfaff*

Stephen C. Pfaff